COPY
Original Received
OCT 17 2017
Clerk of the Trial Courts

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

MATILDA FREE,

    Plaintiff,

v.

WAL-MART STORES, INC., d/b/a
WAL-MART,

    Defendant.

Case No. 3an-17-09725 CI

## COMPLAINT

COMES NOW, the plaintiff, MATILDA FREE, by and through her attorney, CHARLES W. COE, to state and allege the following as her cause of action:

I

Plaintiff, MATILDA FREE, is a resident of Alaska, residing in the Third Judicial District.

II

Defendant, WAL-MART STORES, INC., is an out of state corporation, doing business at various locations throughout the state of Alaska and is authorized to do business as a corporation in the state of Alaska.

III

Defendant is the owner and operator of the store #2070 located 3101 A Street in Anchorage, Alaska. Defendant, as a corporation and owner/operator of this store,

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

FREE V. WALMART
3AN-17-_____ CI
COMPLAINT

Page 1 of 5

is vicariously liable for the acts and omissions of their employees, associates, agents, and representatives under the theories of *respondeat superior*, negligent supervision, negligence, and negligent entrustment.

IV

All events relevant to the cause of action of this complaint occurred in the state of Alaska, at Anchorage.

V

On or about January 15, 2017, plaintiff was walking into the defendant's store through the door at the store's north entrance. As she was walking, she slipped and fell on a wet floor. As a result of slipping and falling on the wet floor she incurred injuries and damages set out in paragraph XII of this complaint.

VI

The area where plaintiff fell was to be cleaned, monitored, and maintained by defendant's employees and representatives. The defendant's employees, agents, and representatives failed to monitor, clean, and maintain this area, which created a hazard to customers, including the plaintiff, using their store.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

FREE V. WALMART
3AN-17-_____ CI
COMPLAINT

## FIRST CAUSE OF ACTION

### VII

Plaintiff hereby realleges and incorporates paragraphs I through VI of this complaint into this First Cause of Action.

### VIII

Defendant owed a duty to keep its aisles and floors in a safe condition free from hazards and to warn store users of potential hazards. Defendant breached this duty of care in failing to clean the floor, in failing to properly insure that this section of the store was kept clear of hazards, in failing to inspect monitor, maintain, and correct this safety hazard, in not cleaning the water on the floor, in not cleaning the walking area where plaintiff slipped and fell, and in not putting warning signs in the area of the wet floor.

### IX

As a result of the defendant's negligence the plaintiff incurred the damages and injuries set forth in paragraph XII of this complaint.

## SECOND CAUSE OF ACTION

### X

Plaintiff hereby realleges and incorporates paragraphs I through IX of this complaint into this Second Cause of Action.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

XI

Defendant was negligent per se in that its acts and omissions violated its own standards of maintenance and monitoring their store. As a result of this negligence per se, plaintiff incurred injuries set forth in paragraph XII of this complaint.

XII

As a direct and proximate result of defendant's acts and omissions the plaintiff suffered the following injuries and damages:

1. Injuries to her arm, neck, back and spine;

2. Medical and medication expenses in the past, present, and future;

3. Past, present, and future physical and emotional pain and suffering;

4. Loss of enjoyment of life; and

5. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for judgment in her favor against the defendant for the following:

a. Compensatory damages to be proven at trial in a sum within the jurisdiction of the superior court;

b. For pre-judgment and post-judgment interest, costs, and attorney fees;

c. For any other relief this court deems just and equitable.

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

FREE V. WALMART
3AN-17-_____ CI
COMPLAINT

DATED this 17th day of October, 2017.

CHARLES W. COE
Attorney for Plaintiff

*[signature]*

Charles W. Coe
ABA#7804002

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

FREE V. WALMART
3AN-17-_____ CI
COMPLAINT

IN THE ▮▮▮▮/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MATILDA FREE,
                Plaintiff(s),
vs.

WAL-MART STORES, INC., d/b/a
WAL-MART,         Defendant(s).

CASE NO. 3AN-17- 9775 CI

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

OCT 17 2017

To Defendant: REGISTERED AGENT/WAL-MART STORES INC., d/b/a WAL-MART

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) CHARLES W. COE, whose address is: 
810 W 2ND AVENUE, ANCHORAGE, ALASKA 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at http://www.courts.alaska.gov/forms/index.htm to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge _Walker_ and to a magistrate judge.

[ ] This case has been assigned to District Court Judge _____

CLERK OF COURT

Date: 10/17/17

By: _____ Deputy Clerk

I certify that on 10/17/17 a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant/with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/13)(cs)                                           Civil Rules 4, 5, 12, 42(c), 55
SUMMONS



**Service of Process Transmittal**
10/20/2017
CT Log Number 532145674

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St., MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in Alaska**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Free Matilda, Pltf. vs. Wal-Mart Stores, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons and Notice, Complaint |
| **COURT/AGENCY:** | Anchorage Superior Court, AK<br>Case # 3AN179725CI |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 01/15/2017 - Store #2070 located 3101 A Street in Anchorage, Alaska |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Juneau, AK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/20/2017 postmarked on 10/18/2017 |
| **JURISDICTION SERVED:** | Alaska |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Charles W. Coe<br>810 W. 2nd Avenue<br>Anchorage, AK 99501<br>907-276-6173 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/20/2017, Expected Purge Date: 10/25/2017<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 9360 Glacier Highway<br>Suite 202<br>Juneau, AK 99801 |
| **TELEPHONE:** | 360-357-6794 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



Charles W. Coe
Attorney at Law
810 W 2nd Avenue
Anchorage, Alaska 99501

CERTIFIED MAIL
7016 2710 0000 1104 9047

CT Corporation System
9360 Glacier Highway, Suite #202
Juneau, Alaska 99801

9980147012 R025