# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| MATILDA FREE <br> *Plaintiff* <br> v. <br> WAL-MART STORES, INC., d/b/a WAL-MART <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:17-cv-00242-SLG |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Wal-Mart's Motion to Dismiss for Lack of Prosecution at Docket 39 is GRANTED.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: October 23, 2019

                                                                 **Jennifer A. Gamble**
                                                                  Jennifer A. Gamble
                                                                  Acting Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*